GOLDSMITH & BURNS #101164
Attorney At Law
Stuart D. Meyers
Attorney Bar #51150
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585 Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A99-06627 |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| ANGELA R. DARBY | |
| Defendant, | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ANGELA R. DARBY the sum of $2,050.57 as principal, $747.63 as accrued prejudgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $405.06 attorney fees, less credits of $0.00 for a total amount of $3,373.26 plus interest from February 8, 2000, at the rate of $.45 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: JUL -5 2000

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

BY: _____
DEPUTY CLERK

Date: Febraury 8, 2000

CERTIFICATE OF MAILING

I Michelle Matsuo, declare:

That I am a citizen of the United States and resident or employed in the LOS ANGELES COUNTY, CA; that my business address is 18425 BURBANK BLVD. STE. 615, TARZANA, CA 91356; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & BURNS who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of JUDGMENT and BILL OF COSTS addressed to:

ANGELA R. DARBY
2850 CRIDGE ST.
RIVERSIDE, CA 92507

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on February 8, 2000, at TARZANA, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

Michelle Matsuo